➲AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| MARCUS SEYMORE | ) | Case No: 04-80099 CR |
| | ) | USM No: 72558-004 |
| Date of Previous Judgment: 01/06/2005 | ) | Richard B. Barkin |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of **130 Months** months **is reduced to** **120 Months**.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level: **27**            Amended Offense Level: **25**
Criminal History Category: **I**          Criminal History Category: **I**
Previous Guideline Range: **70** to **97** months   Amended Guideline Range: **57** to **71** months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

## III. ADDITIONAL COMMENTS

This reduction of sentence applies only to count three. Count three carries a minumum mandatory sentence of five years. Therefore, Defendant is sentenced to 60 months (5 years) as to count 3. Count four remains unchanged (60 months) and both terms shall continue to run consecutively.

Except as provided above, all provisions of the judgment date **January 6, 2005** shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 3/31/08

Effective Date: _____
(if different from order date)

Judge's signature

Donald M. Middlebrooks, U.S.D.J.
Printed name and title